IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD JESSELL,

        Plaintiff,

vs.

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

        Defendant.

Civil Action No.: 2:23-cv-0304

## COMPLAINT

AND NOW, comes the Plaintiff, Richard Jessell, by and through his counsel, David A. Martin, Esquire and the law firm of Robert Peirce & Associates, P.C., and files the within Complaint to recover benefits due under a policy of disability insurance issued by the Defendant, Lincoln National Life Insurance Company, and to recover for the Defendant's bad faith denial of benefits.

## JURISDICTION AND VENUE

1. This is an action brought pursuant to section 502(a), (e)(1) and (f) of ERISA 29 U.S.C. §§1132(a), (e)(1) and (f). This Court has subject matter jurisdiction pursuant to 29 U.S.C. §1132(e)(1), 28 U.S.C. §1331 and 28 U.S.C. §1367(a). Under §502(f) of ERISA, 29 U.S.C. §1132(f), the Court has jurisdiction without respect to the amount in controversy or the citizenship of the parties.

2. Venue is properly laid in this District pursuant to 28 U.S.C. §1391(a), as the Plaintiff resides in this District, became disabled in this District, was issued the subject insurance policy in this District, and the Defendant is subject to jurisdiction in this District.

## PARTIES

1. Plaintiff Richard Jessell is an adult individual residing at 4786 Havana Drive, Plum, Allegheny County, Pennsylvania, 15239.

2. Defendant Lincoln National Life Insurance Company (hereinafter "Lincoln") is duly incorporated at the registered address 150 North Radnor-Chester Road, Radnor, Delaware County, PA 19087.

3. Lincoln is responsible for managing claims for Long Term Disability Benefits under the PNC Financial Services Group's Long Term disability Policy, including Mr. Jessell's claim.

## FACTS

4. Mr. Jessell was employed as a Risk Analyst at PNC Financial Services Group and took out a Policy of Long-Term Disability with Lincoln National Life Insurance Company as a benefit of employment in the event that he became disabled.

5. The monthly benefit in the event that Long Term Disability benefits was necessary under this Policy was 60.00% of Basic Monthly Earnings not to exceed a Maximum Monthly Benefit of $10,000.00 less Other Income Benefits and Other Income Earnings.

6. On or about February 24, 2021, Mr. Jessell submitted a disability claim due to migraines and anxiety which were so severe that he experienced frequent and severe nausea, vomiting, dizziness, photophobia and phonophobia.

7. In addition to the symptoms described above, Mr. Jessell experienced cognitive impairment, insomnia, chronic fatigue, and amnesia that rendered him unable to work.

8. Mr. Jessell's symptoms were considered by medical professionals to be post-acute sequelae of a COVID-19 infection that he contracted in January 2021.

9. As a result of these conditions, Mr. Jessell required treatment from a cardiologist, speech language pathologist, psychologist, neurologist and a neuropsychiatrist.

10. However, Lincoln denied Mr. Jessell's claim for benefits on the basis that his condition was pre-existing and thus excluded from disability coverage because he had been prescribed Topiramate and Imipramine for anxiety and migraines during the "pre-existing condition investigation" for the period of February 24, 2020 to May 23, 2020.

11. In determining such, Lincoln failed to account for Mr. Jessell's other conditions as described above.

12. Mr. Jessell appealed Lincoln's decision to deny long-term disability benefits on September 8, 2021.

13. In support of his appeal, Mr. Jessell submitted the following to Lincoln:

   a. LTD Claim Form Statement of Employee;

   b. LTD Claim Form Statement Physician's Statement;

   c. PNC Health Care Provider Questionnaire;

   d. Health Summary generated on August 29, 2021;

   e. Medical records from Scott Dakan, M.D., Mr. Jessell's primary care physician;

   f. Medical records from Alex Israel, M.D. and Kimberly McGonigle, PA-C, who saw Mr. Jessell at the UPMC Headache Center;

   g. Medical records from Priya Nidamanuri, M.D., Mr. Jessell's neurologist;

   h. Medical records from Karla Yoney, PA-C, who saw Mr. Jessell for a pulmonology consult at the UPMC COVID Recovery Unit; and,

   i. Medical records from Kenneth Vesio, M.D., Mr. Jessell's cardiologist.

14. Lincoln reviewed the submitted materials as a part of its investigation.

15. On December 3, 2021, Lincoln upheld its initial determination that Mr. Jessell was not entitled to disability benefits because of his pre-existing medication prescription for migraines and anxiety.

16. At this time, Mr. Jessell has exhausted all of his administrative appeals.

17. Mr. Lester now timely brings this action forward as of right pursuant to § 502(a) of the Employee Retirement Income Security Act of 1974.

## COUNT I

### ERISA
### Claim for Benefits Under the Plan- 29 USC 1132(a)(1)(B)

18. Plaintiff incorporates all preceding paragraphs herein as though fully set forth at length herein, and further alleges as follows.

19. The Policy provides the Plaintiff is entitled to Long Term Disability coverage based upon his physical disability as described above.

20. Plaintiff has established that he is Disabled within the meaning of the Policy and is entitled to continued Long-Term Disability Benefits.

21. Defendant's denial of Long-Term Disability Benefits constitutes denial of benefits governed by ERISA.

22. Plaintiff is entitled to payment of Long-Term Disability Benefits under the Policy because his physical condition prohibits him from substantially and materially perform the duties of his occupation, or any occupation.

WHEREFORE, the Plaintiff demands judgment in his favor and against the Defendant in an amount in excess of the jurisdictional limits, plus costs of suit, plus pre- and post-judgment interest, plus attorneys' fees and costs.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

                                       Respectfully submitted,

                                       ROBERT PEIRCE & ASSOCIATES

                                       By: /s/ David A. Martin
                                            DAVID A. MARTIN, ESQUIRE
                                            Pa. I.D. No.: 329281
                                            dmartin@peircelaw.com

                                            Firm I.D. No.: 839
                                            707 Grant Street
                                            Suite 125
                                            Pittsburgh, PA 15219
                                            (412) 271-7229