# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD JESSELL,

    *Plaintiff,*

    *v.*

THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY,

    *Defendant.*

No. 2:23-cv-00304-MPK

*Re: ECF No. 22*

*ORDER APPROVING*

## STIPULATION FOR DISMISSAL OF ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Richard Jessell, and Defendant, The Lincoln National Life Insurance Company, stipulate and agree to dismissing the instant action with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

ROBERT PEIRCE & ASSOCIATES, P.C.

By:/s/ David A. Martin
    DAVID A. MARTIN, ESQUIRE
    Pa. I.D. No.: 329281
    dmartin@peircelaw.com
    707 Grant Street
    Suite 125
    Pittsburgh, PA 15219
    (412) 281-7229

AND NOW, this *6th*,
day of *Dec.*, 20 *23*,
IT IS SO ORDERED.

*Maureen Kelly*

UNITED STATES MAGISTRATE JUDGE